1  Jennifer Bergh (State Bar No. 305219)
2  jbergh@qslwm.com
   Quilling, Selander, Lownds,
3  Winslett & Moser, P.C.
4  6900 N. Dallas Parkway, Suite 800
   Plano, TX 75024
5  (214) 560-5460
6  (214) 871-2111 Fax
   **Counsel for Trans Union LLC**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| DARRYL JACOBS, | Case No. _____ |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** |
| SEQUOIA FINANCIAL SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, AND DOES 1-10 inclusive, | |
| Defendants. | |

Defendant Trans Union LLC ("Trans Union") files this Notice of Removal pursuant to 28 U.S.C. § 1446(d) and in support thereof would respectfully show the Court as follows:

### I.    PROCEDURAL BACKGROUND

1. On or about June 11, 2021, Plaintiff Darryl Jacobs ("Plaintiff") filed the Complaint in this action in the Superior Court of California, County of Los Angeles, Case No. 21STLC04431 ("State Court Action"), alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.*, against Trans Union LLC.

1

2. The time period for filing a responsive pleading in the Superior Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

3. Trans Union was served with Plaintiff's Complaint on June 15, 2021. This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. § 1446(b).

## II. GROUNDS FOR REMOVAL

4. The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendant, pursuant to the provisions of 28 U.S.C. § 1446(b). In the Complaint, Plaintiff seeks damages for Defendant's alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. Removal is thus proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a).

## III. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

5. Pursuant to 28 U.S.C. § 1446(b), this Notice is being filed with this Court within thirty (30) days after Defendant Trans Union LLC was first served with the Complaint, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the Central District of California, because it is in the district and division embracing the place where the state court action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the Superior Court of California, County of Los Angeles, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Defendant Trans Union in the State Court Action is attached hereto as **Exhibit A**.

9. Trial has not commenced in the Superior Court of California, County of Los Angeles.

10. All Defendants, who have been served upon the date of filing this Notice of Removal, consent to the removal of this case. If required, joinders in the Removal from additional defendants are attached hereto as **Exhibit B**. While Defendants Trans Union and Experian have been served with process in this matter, counsel for Defendant, Sequoia Financial Services, Inc. has represented it has not been served with process in this matter and no return of service evidencing proper service has been filed in the State Court Action as to Sequoia Financial Services, Inc.

WHEREFORE, Trans Union respectfully prays that the action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

DATED: July 6, 2021                    QUILLING, SELANDER, LOWNDS,
                                       WINSLETT & MOSER, P.C.


                                       By: */s/ Jennifer Bergh*
                                           Jennifer Bergh
                                           Counsel for Trans Union LLC

# CERTIFICATE OF SERVICE

**STATE OF TEXAS, COUNTY OF DALLAS**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Dallas, State of Texas. My business address is 2100 Bryan Street, Suite 1800, Dallas, TX 75201.

On July 6, 2021, I served true copies of the following document(s) described as **DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING**: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 6, 2021, at Dallas, Texas.

*/s/ Jennifer Bergh*
Jennifer Bergh

4

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | Todd M. Friedman |
|   | tfriedman@toddflaw.com |
| 4 | Adrian R. Bacon |
| 5 | abacon@toddflaw.com |
|   | Law Offices of Todd M. Friedman, |
| 6 | P.C. |
| 7 | 21550 Oxnard St., Suite 780 |
|   | Woodland Hills, CA 91367 |
| 8 | (323) 306-4234 |
| 9 | (866) 633-0228 Fax |
|   | *Counsel for Plaintiff* |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |